**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| RAY ELBERT PARKER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:15-cv-00590 |
| HUNTING POINT APARTMENTS, LLC, ET AL., | ) | |
| Defendants. | ) | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED and the Court need not consider Plaintiff's numerous motions as they are now moot, and this case is DISMISSED.

Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 8, 2015