FILED

2015 OCT -9 P 4:08

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

# IN THE
# UNITED STATES DISTRICT COURT
# FOR
# THE EASTERN DISTRICT OF VIRGINIA
# (ALEXANDRIA DIVISION)

***RAY ELBERT PARKER*** )
)
Plaintiff pro se )
)
v. ) **Civil Action No. 1:15cv590**
)
**HUNTING POINT APARTMENTS, LLC**)
**ET AL.,** )
)
)
Defendants' )
)
)

# PLAINTIFF'S FORCED APEEAL FROM UNLAWFULL ASSIGNMENT OF MOTION, IN-PART, FOR PRE-TRIAL INJUNCTION AND SANCTIONS BY SR. JUDGE CLAUDE M. HILTON, TO IVAN D. DAVIS, RENEGADE UNITED STATES MAGISTRATE, TO CONDUCT UNLAWFUL AND PREJUDICIAL PSEUDO COURT PROCEEDINGS; AND, DENIAL OF EVEN THE MOST FUNDAMENTAL RUDIMENTS OF DUE PROCESS BY ORDER OF THE 2nd DAY OF OCTOBER, 2015, BY MAGISTRATE DAVIS DISPOSITIVE OF PLAINTIFF'S RIGHTS IN DIDRECT VIOLATION OF LAW WITHOUT ANY "CONSENT" BY ANY PARTY

Plaintiff, *Ray Elbert Parker pro se,* hereby files his appeal pursuant to **28 U. S. C., Section 636 (b) (C), (C) (2), (c) (1) (2) (3) (4) (5), (d)** and **Rule 73 (a) , (b) (1) (2) (3)** of the Federal Rules of Civil Procedure from judicial coercion and misconduct from the *pseudo* Order of the **2nd day of October, 2015,** entered by *cantankerous* renegade United States Magistrate Judge, *Ivan D. Davis*, in direct violation of constitutional, statutory and judicial court law; and , *maliciously* assigned, *in part*, to United States Magistrate Judge, *Ivan D. Davis,* by the willful and knowingly unlawfullness of illegal asssignment by *Claude M. Hilton,* United States District Judge, with *surreptitious motive* to deny due process, trial by jury, fair and equal justice under law and to vextitiously prevent Mr. Parker from court to favor defendants' brotherhood of lawfullness and profits as well as wilfully attempting to force on plaintiff unnessary *schizophrenic* appeals.

**WHEREFORE,** plaintiff submits that the order of the **2nd day of October, 2015**, is null, void and in violation of well-established law by evidencing *judicial complicity, collsusion and prejudice* to deny due process, to favor the shyster profession, of which the opponents' are chartered members.

Under the circumstnces, which are *ongoing*, the Honorable Claude M. Hilton is hereby moved to discontinue the erroneous assignments to Ivan D. Davis, United States Magistrate judge, unless by "consent" of all parties in conformity to both moral and legal authority; further, Sr. Judge Claude M. Hilton is moved, as appeal to conscience, "good faith" and resurrection of judicial integrity, to assign this cause of action to a new judge of the court, supported by the court record, that the current judge would not know objectivity, fairness, equal justice, and a fair judicial playground, as evidenced by the *gross* violaiton of judicial *oath*, not cognizably visible, if it would bite him in the ass.

Respectfully submitted by judicial coercion,

/s/ Ray Elbert Parker

Ray Elbert Parker,
Plaintiff pro se

1204 South Washington Street
Suite 604 W
Alexandria, Virginia 22314
(703) 328 - 2366

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
ALEXANDRIA DIVISION

RAY ELBERT PARKER
Plaintiff,

v.

Civil Action No. 1:15cv590

HUNTING POINT APARTMENTS, LLC et AL.,
Defendant.

# CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of this document.

RAY ELBERT PARKER
Name of *Pro Se* Party (Print or Type)

Ray Elbert Parker
Signature of *Pro Se* Party

Executed on: October 9, 2015 (Date)

---

**OR**

______________________
(Name of Attorney)

______________________
(Address of Attorney)

______________________
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

______________________
(Name of *Pro Se* Party (Print or Type)

______________________
Signature of *Pro Se* Party

Executed on: ______________________ (Date)