FILED

2015 OCT -9 P 4:08

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA DIVISION)

***RAY ELBERT PARKER,*** )
)
Plaintiff pro se )
) **Civil Action No. 1:15cv590**
v. )
)
**HUNTING POINT APARTMENTS, LLC**)
**ET AL,** )
)
Defendants' )
)
)

## CERTIFICATE OF SERVICE

I, *Ray Elbert Parker,* plaintiff pro se in the above cause of action hereby states, *under oath and penalty of perjury*, that a true copy of the authenticated pleading attached hereto has this **9th day of October, 2015** been served by United States mail, postage prepaid, to the following counsel of record named below:

1. **Eric Lawrence Klein, Esq.**
   *BEVERIDGE & DIAMOND PC (DC)*
   1350 I Street, NW
   Suite 700
   Washington, D. C. 20005 - 3311
   (202) 789 – 6000
   *Lead Attorney, Attorney to be Noticed*

2. **Tasha Gibbs, Esq.**
Assistant United States Attorney
Office of the United States Attorney
for the Eastern District of Virginia
(Alexandria – NA)
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299 – 3831
*Lead Attorney, Attorney to be Noticed**

Respectfully submitted,

/s/ Ray Elbert Parker
Ray Elbert Parker,
Plaintiff

Bridgeyard Apartments
1204 South Washington Street
Suite 604 W
Alexandria, Virginia 22314
(703) 328 - 2366

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
ALEXANDRIA DIVISION

RAY ELBERT PARKER
Plaintiff,

v.

Civil Action No. 1:15cv590

HUNTING POINT APARTMENTS, LLC et AL.,
Defendant.

## CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of this document.

RAY ELBERT PARKER
Name of *Pro Se* Party (Print or Type)

Ray Elbert Parker
Signature of *Pro Se* Party

Executed on: October 9, 2015 (Date)

**OR**

____________________
(Name of Attorney)

____________________
(Address of Attorney)

____________________
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

____________________
(Name of *Pro Se* Party (Print or Type)

____________________
Signature of *Pro Se* Party

Executed on: ________________ (Date)