IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| RAY ELBERT PARKER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:15-cv-00590 |
| HUNTING POINT APARTMENTS, LLC, ET AL., | ) |
| Defendants. | ) |

**ORDER**

THIS MATTER comes before the Court on Plaintiff's Motion for New Trial and to Vacate, for Judgment, to Amend or Make Addition Findings, to Alter or Amend Judgment or for New Trial, or to Vacate. It appears to the Court that the decision of September 8, 2015 was correct for the reasons stated. It is hereby

ORDERED that Plaintiff's Motion is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 19, 2015