FILED: November 4, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 15-2362
(1:15-cv-00590-CMH-IDD)

---

RAY ELBERT PARKER

Plaintiff - Appellant

v.

HUNTING POINT APARTMENTS, LLC, a/k/a Bridgeyard Apartments, a Delaware Corporation affiliate of The Laramar Group, doing business in Virginia as a foreign LLC; HUNTING POINT APARTMENTS, LLC (ILLINOIS BASED), a Delaware Corporation affiliate of the Chicago, Illinois bases, The Laramar Group; JEFF ELOWE, President/CEO, individually and on behalf of the Laramar Group officials as follows, Keith Harris, Marc Jason, Tome Klaess, Steve Boyack, Bennett Neuman, Sr., Ben Slad, Scott McMillan; GINA MCCARTHY, the Honorable, Administrator, individually and on behalf of Shawn M. Gavin, Region 3 Administrator and all Region 3 officials individually

Defendants - Appellees

and

IRA LUBERT; DEAN ADLER

Defendants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:15-cv-00590-CMH-IDD |
| Date notice of appeal filed in originating court: | 10/19/2015 |
| Appellant (s) | Ray Parker |
| Appellate Case Number | 15-2362 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |