# IN THE
# UNITED STATES DISTRICT COURT
# FOR
# THE EASTERN DISTRICT OF VIRGINIA
# (ALEXANDRIA DIVISION)

RAY ELBERT PARKER )
)
       Plaintiff pro se )
)
v. ) Civil Action No. 1:15cv590
)
)
HUNTING POINT APARTMENTS, LLC )
ET AL., A/K/A BRIDGEYARD APTS. )
)
)
)
       Defendants' )
)
)

F I L E D
JUL - 1 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## NOTICE OF HEARING

Plaintiff, *Ray Elbert Parker*, hereby moves this honorable court for hearing on the attached motion pursuant to the *remand,* and simultaneous jurisdiction of the appellate court, to be heard in the United States District Court for the Eastern District of Virginia, Alexandria Division, Albert V. Bryan Courthouse, 2100 Jameison Avenue, Alexandria, Virginia 22314 on Fridany, the **8th day of July, 2016** at **10:00 a. m.**, or as soon thereafter as the matter may be heard.

### ORAL ARGUMENT IS WAIVED,
### THE MOTION TO BE DECIDED ON THE PAPERS
### (LOCAL RULE 7 E OF THE U. S. DISTRICT COURT FOR E/D VIRGINIA)

                        Respectfully submitted,

/s/   *Ray Elbert Parker*
                Ray Elbert Parker,
                      Plaintiff

5021 Seminary Road
Suite 725
Alexandria, Virginia 22311
(703) 328 - 1015

# IN THE
# UNITED STATES DISTRICT COURT
# FOR
# THE EASTERN DISTRICT OF VIRGINIA
# (ALEXANDRIA DIVISION)

| | |
|---|---|
| *RAY ELBERT PARKER,* )<br>)<br>Plainitiff pro se )<br>)<br>)<br>)<br>)<br>*HUNTING POINT APARTMENTS, LLC* )<br>**ET AL, A/K/A BRIDGEYARD APTS.** )<br>)<br>Defendants' )<br>)<br>_____ ) | Civil Action No. 1:15cv590 |

## CERTIFICATE OF SERVICE

I, *Ray Elbert Parker,* hereby certify that a true copy of the attached pleading has this **1ˢᵗ day of July, 2016,** been sent by the United States Postal Service, postage prepaid, to the following:

*Eric Lawrence Klein, Esq.,*
Beveridge and Diamond, P.C.
1350 I Street, N. W.
Suite 700
Washington, D. C. 20005

    And

*Melissa E. Goforth Koenig, Esq.*
Assistant United States Attorney
OFFICE OF THE UNITED STATES ATTORNEY
FOR THE EASTERN DISTRICT OF VIRGINIA
2100 Jamieson Avenue, Civil Division
Alexandria, Virginia 22314

  And

*The Honorable Korreta E. Lynch, Esq.*
Attorney General for the United States of America
950 Pennsylvania Avenue, N. W.
Washington, D. C. 20530 - 0001

        Respectfully submitted,

/s/  *Ray Elbert Parker*
       Ray Elbert Parker,
          Plaintiff

       2051 Seminary Road
       Suite 725
       Alexandria, Virginia 22311
       (703) 328 - 1015