FILED: October 6, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 15-2445 (L)
(1:15-cv-00590-CMH-IDD)

---

RAY ELBERT PARKER

Plaintiff - Appellant

v.

HUNTING POINT APARTMENTS, LLC, a/k/a Bridgeyard Apartments, a Delaware Corporation affiliate of The Laramar Group, doing business in Virginia as a foreign LLC; HUNTING POINT APARTMENTS, LLC (ILLINOIS BASED), a Delaware Corporation affiliate of the Chicago, Illinois bases, The Laramar Group; JEFF ELOWE, President/CEO, individually and on behalf of the Laramar Group officials as follows, Keith Harris, Marc Jason, Tome Klaess, Steve Boyack, Bennett Neuman, Sr., Ben Slad, Scott McMillan; GINA MCCARTHY, the Honorable, Administrator, individually and on behalf of Shawn M. Gavin, Region 3 Administrator and all Region 3 officials individually

Defendants - Appellees

and

IRA LUBERT; DEAN ADLER

Defendants

---

No. 16-2153
(1:15-cv-00590-CMH-IDD)

---

RAY ELBERT PARKER

Plaintiff - Appellant

v.

HUNTING POINT APARTMENTS, LLC, a/k/a Bridgeyard Apartments, a Delaware Corporation affiliate of The Laramar Group, doing business in Virginia as a foreign LLC; HUNTING POINT APARTMENTS, LLC (ILLINOIS BASED), a Delaware Corporation affiliate of the Chicago, Illinois bases, The Laramar Group; JEFF ELOWE, President/CEO, individually and on behalf of the Laramar Group officials as follows, Keith Harris, Marc Jason, Tome Klaess, Steve Boyack, Bennett Neuman, Sr., Ben Slad, Scott McMillan; GINA MCCARTHY, the Honorable, Administrator, individually and on behalf of Shawn M. Gavin, Region 3 Administrator and all Region 3 officials individually

Defendants - Appellees

and

IRA LUBERT; DEAN ADLER

Defendants

---

O R D E R

---

The court consolidates case No. 15-2445 and case No. 16-2153.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk