FILED: February 7, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2445 (L)
(1:15-cv-00590-CMH-IDD)

_____

RAY ELBERT PARKER

      Plaintiff - Appellant

v.

HUNTING POINT APARTMENTS, LLC, a/k/a Bridgeyard Apartments, a Delaware Corporation affiliate of The Laramar Group, doing business in Virginia as a foreign LLC; HUNTING POINT APARTMENTS, LLC (ILLINOIS BASED), a Delaware Corporation affiliate of the Chicago, Illinois bases, The Laramar Group; JEFF ELOWE, President/CEO, individually and on behalf of the Laramar Group officials as follows, Keith Harris, Marc Jason, Tome Klaess, Steve Boyack, Bennett Neuman, Sr., Ben Slad, Scott McMillan; GINA MCCARTHY, the Honorable, Administrator, individually and on behalf of Shawn M. Gavin, Region 3 Administrator and all Region 3 officials individually

      Defendants - Appellees

and

IRA LUBERT; DEAN ADLER

      Defendants

_____

No. 16-2153
(1:15-cv-00590-CMH-IDD)

_____

RAY ELBERT PARKER

       Plaintiff - Appellant

v.

HUNTING POINT APARTMENTS, LLC, a/k/a Bridgeyard Apartments, a Delaware Corporation affiliate of The Laramar Group, doing business in Virginia as a foreign LLC; HUNTING POINT APARTMENTS, LLC (ILLINOIS BASED), a Delaware Corporation affiliate of the Chicago, Illinois bases, The Laramar Group; JEFF ELOWE, President/CEO, individually and on behalf of the Laramar Group officials as follows, Keith Harris, Marc Jason, Tome Klaess, Steve Boyack, Bennett Neuman, Sr., Ben Slad, Scott McMillan; GINA MCCARTHY, the Honorable, Administrator, individually and on behalf of Shawn M. Gavin, Region 3 Administrator and all Region 3 officials individually

       Defendants - Appellees

 and

IRA LUBERT; DEAN ADLER

       Defendants

_____

J U D G M E N T

_____

      In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK