# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

July 27, 2017

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re: Ray Elbert Parker
v. Hunting Point Apartments, LLC, aka Bridgeyard Apartments, et al.
No. 17-5342
(Your No. 15-2445)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 26, 2017 and placed on the docket July 27, 2017 as No. 17-5342.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst